UNITED STATES of America,
Plaintiff–Appellee,

v.

Christopher N. GANDOLFO,
Defendant–Appellant.

No. 14–12419
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 14, 2015.

Kathleen Mary Salyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Marc Anton, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff–Appellee.

Randee J. Golder, Randee J. Golder, PA, Boynton Beach, FL, Christopher N. Gandolfo, South Bay CF, South Bay, FL, for Defendant–Appellant.

Before JULIE CARNES, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM.

Randee J. Golder, appointed counsel for Christopher Gandolfo in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Gandolfo's conviction and sentence are AFFIRMED.